Before STATE INDUSTRIAL BOARD, Respondent. ISIDORE HERSCH, Respondent, v. JAMES SMITH and Another, Appellants.— Award unanimously affirmed, with

costs to the State Industrial Board, on the authority of *Mackin* v. *Press Publishing Co.* (209 App. Div. 252).

Before State Industrial Board, Respondent. Myrtle Hulskamper, Appellant, v. New York Telephone Company, Respondent.— Decision unanimously affirmed, without costs.